UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   SA CV 21-00465-DOC- (DFMx)                              Date:  September 9, 2021

Title      James Rutherford v. DMI Harbor Hills, LLC, et al.

Present: The Honorable:   DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Not Reported |
|---|---|
| **Deputy Clerk** | **Court Reporter / Recorder** |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| Osman Taher | Raymond Park |

**PROCEEDINGS:  SCHEDULING CONFERENCE ( Held and Continued)**

Outside the presence of the court reporter, Court and counsel confer.

The Scheduling Conference is continued to September 23, 2021 at 7:30 a.m.

                                                                                            : 22
                                                      **Initials of Preparer**   kdu